IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI CHANG,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant.<br>_____ | Case No.: 1:10-cv-01097 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE |

On February 8, 2011, the Court issued its Order to Show Cause as to why the matter should not be dismissed. (Doc. 12). Plaintiff responded promptly on February 8, 2011, by filing a Response to the Order and her Opening Brief. (Docs. 13, 14). Plaintiff's counsel, Mr. Lawrence Rohlfing, requests that the Court discharge the Order to Show Cause and permit the filing of Plaintiff's Opening Brief. (Doc. 13 at 1). Mr. Rohlfing asserts he erred in placing the deadline on his calendar, and has implemented protocol to prevent this error from occurring again in the future. *Id.* at 2.

Under the Federal Rules of Civil Procedure, the Court may extend time "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed.R.Civ.P. 6(b)(1)(B). Here, in requesting permission to file after the deadline date, Mr. Rohlfing acknowledges the error made by his office in noting the date for filing an opening brief. (Doc. 13 at 2).

1

1     Given the prompt response by Plaintiff to the Court's Order, and the minimal prejudice to the
2 defendant: it is HEREBY ORDERED:
3     1.     The Order to Show Cause dated February 8, 2011, is **DISCHARGED**; and
4     2.     Plaintiff's request that the Court accept the filing of her Opening Brief out of time is
5     **GRANTED**.
6 IT IS SO ORDERED.
7 Dated:   **February 9, 2011**                 /s/ **Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE