UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI CHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:10-cv-01097 - JLT<br><br>ORDER REMANDING THE ACTION TO THE ADMINISTRATIVE LAW JUDGE FOR FURTHER PROCEEDINGS |

On February 8, 2013, the Ninth Circuit Court of Appeals issued an order directing this Court to "refer this case to the ALJ for reconsideration of Chang's application for benefits." (Doc. 25). The judgment of the Court has now taken effect. (Doc. 28).

Accordingly, **IT IS HEREBY ORDERED**: This matter is **REMANDED** for further proceedings consistent with the decision of the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **April 22, 2013**             **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE