1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   MAI CHANG,                              )   Case No.: 1:10-cv-01097 - JLT
                                             )
12            Plaintiff,                     )   ORDER REMANDING THE ACTION TO THE
                                             )   ADMINISTRATIVE LAW JUDGE FOR FURTHER
13       v.                                  )   PROCEEDINGS
                                             )
14   COMMISSIONER OF SOCIAL SECURITY,        )
                                             )
15            Defendant.                     )
                                             )
16   _____)

17         On February 8, 2013, the Ninth Circuit Court of Appeals issued an order directing this Court to

18   "refer this case to the ALJ for reconsideration of Chang's application for benefits."  (Doc. 25).  The

19   judgment of the Court has now taken effect.  (Doc. 28).

20         Accordingly, **IT IS HEREBY ORDERED**:  This matter is **REMANDED** for further

21   proceedings consistent with the decision of the Ninth Circuit.

22

23   IT IS SO ORDERED.

24      Dated:   **April 22, 2013**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1