# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI CHANG,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:10-cv-01097 - JLT<br><br>ORDER GRANTING EXTENTION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES |

The parties filed a stipulation to extend time for Defendant to file a response to Plaintiff's request for attorney's fees on May 7, 2013. (Doc. 32). Defendants' counsel reports an extension is necessary due to her "heavy and inflexible work load." *Id.* at 1. Ms. Firer reports she "has practiced due diligence in managing this heavy workload including working over the weekends, but cannot complete the Commissioner's response to Plaintiff's petition by the current due date." *Id.* at 2.

Good cause appearing, Defendant's request for an extension of time is **GRANTED**. Defendant **SHALL** file a response to the motion for attorney fees and expenses on or before **May 23, 2013**.

IT IS SO ORDERED.

Dated: **May 9, 2013**                              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE